I

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CHRISTOPHER LIPSEY,**<br><br>Plaintiff,<br><br>v.<br><br>**DR. NORUM, et al.,**<br><br>Defendants. | C 14-02767 VC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Before the Court is Defendants' administrative motion to change time to file a motion for summary judgment under Northern District Local Rules 6-3 and 7-11. Upon review and consideration of the papers on file and good cause appearing, Defendants' motion is **GRANTED**. Defendants shall file a summary-judgment motion no later than September 18, 2015. Plaintiff Lipsey's opposition to the motion for summary judgment motion shall be filed with the Court and served on Defendants no later than twenty-eight days after the date on which Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen days after the date Lipsey's opposition is filed.

**IT IS SO ORDERED**.

Dated: _June 30, 2015_____          _____
                                                                       HON. VINCE CHHABRIA
                                                                       United States District Judge

SF201540004420753635.doc

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY,<br><br>    Plaintiff,<br><br>  v.<br><br>NORUM, et al.,<br><br>    Defendants. | Case No. 14-cv-02767-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Christopher Lipsey ID: F-18039
Corcoran State Prison Housing 4AIL/64
P.O. Box 3476
Corcoran, CA 93212

Dated: June 30, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2