UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARNES, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0362 KJM DB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. Plaintiff challenges the use of the Guard One security system at various prisons where he has been incarcerated. On November 29, 2018, plaintiff, acting in pro per, filed a document entitled "Emergency Preliminary Injunction Request." (ECF No. 172.) Therein, plaintiff complains about the prison's deduction of court fees from his trust account.[1]

////
////
////
////

---

[1] The court notes that plaintiff states he is incarcerated at Kern Valley State Prison ("KVSP"). If he wishes to pursue an action against staff at KVSP, he must file that action in the Fresno Division of this court.

1

Because plaintiff is represented by counsel in this case, the court cannot accept filings from him directly. Accordingly, plaintiff's November 29 filing will be disregarded.

IT IS SO ORDERED.

Dated: November 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lips0362.p csl