UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr., <br><br> Plaintiff, <br><br> v. <br><br> RON BARNES, et al., <br><br> Defendants. | No. 2:18-cv-0362 KJM DB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding with an action under 42 U.S.C. § 1983. Plaintiff alleges defendants' implementation and use of the Guard One security check system violated his Eighth Amendment rights. On January 3, 2018, defendants filed a motion to dismiss this action. Defendants allege, among other things, that they are entitled to qualified immunity because the Guard One system was implemented pursuant to a court order issued in the Coleman v. Brown class action.

On March 5, 2019, the district judge issued a ruling granting in part and denying in part the defendants' similar motion to dismiss in Rico v. Beard, 2:17-cv-1402 KJM DB P. This court finds briefing on any effects of the Rico ruling on defendants' present motion would be helpful.

Accordingly, IT IS HEREBY ORDERED as follows:

////

////

1. Within thirty days of the date of this order, defendants shall file a supplement to their motion to dismiss which addresses any effects on that motion of the district court's March 5, 2019 decision in <u>Rico</u>.
2. Within twenty days of the filing of defendants' supplemental brief, plaintiff shall file a response. Within ten days thereafter, defendants may file a reply.

Dated: March 13, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lips0362.mtd supp brfs