UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>NORUM, et al.,<br><br>Defendants. | No. 2:18-cv-0362 KJM DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. Plaintiff alleges the use of Guard One security checks in various California prisons deprived him of sleep. On June 13, 2019, the court ordered the parties to provide statements regarding the propriety of a stay of these proceedings pending the Ninth Circuit's decision in a related case, Rico v. Beard, No. 2:17-cv-1402 KJM DB P. Defendants responded that a stay is appropriate. (ECF No. 190.) Plaintiff filed a memorandum of points and authorities in which he argues that a stay is not appropriate. (ECF No. 189.)

////
////
////
////
////

1

Within fifteen days of the filed date of this order, defendants shall file a memorandum of points and authorities in response to plaintiff's July 2 response to the court's order.

IT IS SO ORDERED.

Dated: July 12, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lips0362.stay resp brf