Shawna L. Ballard (SBN 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
*Attorneys for Plaintiff Christopher Lipsey*

XAVIER BECERRA
Attorney General of California
KEVIN VOTH
Acting Supervising Deputy Attorney General
MARTINE N. D'AGOSTINO
Deputy Attorney General
State Bar No. 256777
 1515 Clay Street, 20th Floor
 Oakland, CA 94612-1499
 Telephone: (415) 703-5233
 Fax: (415) 703-5843
 E-mail: Martine.Dagostino@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY,<br><br>Plaintiff,<br><br>v.<br><br>DR. NORUM, et al.,<br><br>Defendants. | 2:18-cv-00362 KJM DB<br><br>JOINT STIPULATION OF FACTS<br><br>Judge: Hon. Kimberly J. Mueller and Deborah Barnes<br>Trial Date: None Set<br>Action Filed: June 16, 2014 |

The parties to this action stipulate to the following facts:

1. Plaintiff Christopher Lipsey is currently housed in the Administrative Segregation Unit at Kern Valley State Prison.

////

1

2. Defendants' motion to dismiss does not assert that the Court lacks jurisdiction based on mootness.

SO STIPULATED, on July 8, 2019:

| | |
|---|---|
| */s/ Kate Falkenstien* | */s/ Martine N. D'Agostino* |
| KATE FALKENSTIEN | MARTINE N. D'AGOSTINO[1] |
| *Attorney for Plaintiff* | Deputy Attorney General |
| *Christopher Lipsey* | *Attorney for Defendants* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 15, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lips0362.stip

---

[1] Under Eastern District Local Rule 131(e) counsel for Plaintiff attests that Defendants' counsel gave permission to electronically sign this stipulation on her behalf.