SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen LLP
 100 Marine Parkway, Suite 300
 Redwood Shores, CA 94065
 Telephone: (650) 623-1401
 Fax: (650) 623-1449
 E-mail: sballard@reichmanjorgensen.com
   kfalkenstien@reichmanjorgensen.com
*Attorneys for Plaintiff Christopher Lipsey*

XAVIER BECERRA State Bar No. 118517
Attorney General of California
PREETI K. BAJWA, State Bar No. 232484
Acting Supervising Deputy Attorney General
MARTINE N. D'AGOSTINO, State Bar No. 232484
Deputy Attorney General
 1515 Clay St., 20th Floor
 Oakland, CA 94612
 Telephone: (510) 879-0980
 Fax: (510) 622-2700
 E-mail: Martine.DAgostino@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER LIPSEY<br><br>                    Plaintiff,<br><br>     v.<br><br>DR. NORUM, et al.,<br><br>                    Defendants. | Case No. 2:18-cv-00362 KJM DB P<br><br>ORDER AND JOINT STIPULATION TO EXTEND DEADLINE TO FILE RESPONSES TO OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>Judge:       Hon. Kimberly J. Mueller<br>Action Filed: June 16, 2014 |

On October 10, 2019, Magistrate Judge Barnes issued Findings and Recommendations regarding Defendants' Motion to Dismiss and Motion to Stay and Plaintiff's Motion to Compel. *See* Dkt. 197. On October 24, 2019, both parties filed objections to the Findings and Recommendations. *See* Dkts. 198, 200. The parties to this action jointly stipulate to extend the

deadline for responses to the objections to the Findings and Recommendations by two weeks, such that both responses are due on November 21, 2019.

Plaintiff's counsel represents that she needs this extension because of her obligations on other cases with a large number of depositions scheduled over the next few weeks; Reichman Jorgensen is a small firm of only about 20 lawyers, and counsel represents Mr. Lipsey on a *pro bono* basis. There have been no prior extensions to this deadline.

DATED: October 25, 2019  /s/ Kate Falkenstien_____
Attorney for Plaintiff

DATED: October 25, 2019  /s/ Martine N. D'Agostino (as authorized on 10/25/19)
Attorney for Defendants

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

DATED: October 25, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lips0362.obj resp eot