# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, Jr., <br><br> Plaintiff, <br><br> v. <br><br> Dr. NORUM, et al., <br><br> Defendants. | No. 2:18-cv-0362 KJM DB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding with an action under 42 U.S.C. § 1983. Plaintiff initially filed this action in the United States District Court for the Northern District of California on June 16, 2014. On June 8, 2017, Judge Chhabria granted plaintiff's motion for the appointment of counsel and, a month later, appointed counsel for plaintiff. (ECF Nos. 137, 141.) On June 9, 2018, Judge Chhabria transferred this case to the present court. (ECF No. 161.) Plaintiff's appointed counsel continued to represent plaintiff here.

To clarify the record and plaintiff's appointed counsel's status, this court confirms the appointment of Kate Falkenstein and Shawna Ballard of Reichman Jorgensen LLP as counsel for plaintiff in this action. For purposes of proceedings in this court, the appointment of Ms.

////

////

////

1

Falkenstein and Ms. Ballard is effective, nunc pro tunc, as of June 9, 2018, the date plaintiff's case was transferred here.

IT IS SO ORDERED.

Dated: November 19, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/lips0362.appt csl